# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

128005
(33)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

IN RE ESTATE OF EDWARD JOSEPH
McCORMICK, Deceased.

_____

ERIC BRAVERMAN,
        Petitioner-Appellee,

v

LINDA McCORMICK, and MARY
McCORMICK,
        Respondents-Appellants.

_____/

SC: 128005
COA: 258065
Wayne PC: 92-513517-DE

      On order of the Court, the motion for reconsideration of this Court's order of July 26, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006              _____
                                         Clerk

l0221